JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 52~ -- IN RE HELICOPTER ACCIDENT NEAR ST. CROIX, U. S. VIRGIN
ISLANDS ON JUNE 15, 1980

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/25 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, CERT. OF SVC. -- filed by plaintiffs  (emh)<br>SUGGESTED TRANSFEREE DISTRICT:  D. Connecticut<br>SUGGESTED TRANSFEREE JUDGE:     (emh) |
| 82/09/02 | | AMENDMENT TO HEARING ORDER to add additional case to litigation for hearing on Sept. 23, 1982 in Okla. City, Okla. (eaf) |
| 82/09/07 | 2 | RESPONSE, CERT. OF SVC. -- Deft. General Electric Co. (eaf) |
| 82/09/07 | | APPEARANCES -- Philip Sivlerman, Esq. for Walsemann, etc., et al. and Godfrey, et al.; Shaun S. Sullivan, Esq. for United Technologies Corp.; Robert P. Dolian, Esq. for General Electric Co.;   (eaf) |
| 82/09/08 | | APPEARANCE -- RICHARD R. STONE, ESQ. for U.S.A.   (ds) |
| 82/09/09 | 3 | RESPONSE -- deft. U.S.A. w/cert. of svc.  (ds) |
| 82/09/16 | | WAIVERS OF ORAL ARGUMENT for hearing on 9/23/82 in Okla. City, Ok. --ALL PARTIES.  (eaf) |
| 82/09/20 | 4 | RESPONSE -- deft. United Technologies Corp. w/cert. of svc.                (ds) |
| 82/10/05 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Robert C. Zampano for coordinated or consolidated pretrial proceedings. (emh) |
| 82/10/05 | | TRANSFER ORDER -- transferring A-2 to the District of Connecticut pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO.  524  -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE HELICOPTER ACCIDENT NEAR ST. CROIX, U.S. VIRGIN ISLANDS ON JUNE 15, 1980

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/5/82 | TO | Unpublished | D. Conn. *205* | Robert C. Zampano | |

Kevin F. Rowe
Room 400, U.S. Courthouse
915 Lafayette Blvd.
Bridgeport, Conn. 06604
203-579-5862 or 5861

**Special Transferee Information**

DATE CLOSED:  6/1/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 524 -- IN RE HELICOPTER ACCIDENT NEAR ST. CROIX, U. S. VIRGIN ISLANDS ON JUNE 15, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Donald L. Walsemann, etc., et al. v. United Technologies Corp., et al. | D.Conn. Zampano | B-82-177 RC2 | | | 4/9/87D | |
| A-2 | George R. Godfrey, et al. v. United States of America | D.P.R. Pesquera | 82-1293 | OCT 5.1982 | B-82-732 RC2 | 6/1/87D | |
| XYZ-3 | Margaret Price, et al. v. Sikorsky Aircraft, et al. | D. Conn. | 83-23 RC2 | | | 3/6/87D | |

July 1985 - 3 order X
July 1986 - Same
July 1987 - 3 Dis / Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>524</u> -- In re Helicopter Accident Near St. Croix, U. S. Virgin Islands,

on June 15, 1980

DONALD L. WALSEMANN, ETC., ETAL. (A-1)
<u>GEORGE R. GODFREY, ET AL. (A-2)</u>
Philip Silverman, Esq.
Speiser, Krause & Madole
1216 - 16 Street N.W.
Washington, D.C.  20036

<u>UNITED TECHNOLOGIES CORPORATION</u>
Shaun S. Sullivan, Esq.
Wiggin & Dana
195 Church Street
Post Office Box 1832
New Haven, Connecticut  06508

<u>GENERAL ELECTRIC COMPANY</u>
Robert P. Dolian, Esq.
Cummings & Lockwood
Ten Stamford Forum
Stamford, Connecticut  06904

<u>UNITED STATES OF AMERICA</u>
Richard R. Stone, Esq.
Trial Attorney
Department of Justice
Post Office Box 14271
Washington, D.C.  20044-4271

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __524__ -- IN RE HELICOPTER ACCIDENT NEAR ST. CROIX, U. S. VIRGIN
ISLANDS ON JUNE 15, 1980

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Technologies Corp. | A-1 |
| GENERAL ELECTRIC CO. | A-1 |
| U.S.A. (Third Party Def.) | A-1 |
| U.S.A. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |