JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -5 1982

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/5/82

DOCKET NO. 524

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER ACCIDENT NEAR ST. CROIX, U.S. VIRGIN ISLANDS,
ON JUNE 15, 1980

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the action pending in the District of Puerto Rico to the District of Connecticut for coordinated or consolidated pretrial proceedings with the action pending in that district. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Puerto Rico be, and the same hereby is, transferred to the District of Connecticut and, with the consent of that court, assigned to the Honorable Robert C. Zampano for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-524 -- <u>In re Helicopter Accident Near St. Croix, U.S. Virgin Islands, on June 15, 1980</u>

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| Donald L. Walsemann, etc., et al. v. United Technologies Corp., et al. | Civil Action No. B-82-177 |

### DISTRICT OF PUERTO RICO

| | |
|---|---|
| George R. Godfrey, et al. v. United States of America | Civil Action No. 82-1293 |